UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WALL, | Case No. 2:10-cv-00951 JAM-GGH |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |
| NATIONAL RECOVERY, | |
| Defendant. | |

Upon review of the moving papers submitted in this matter and after hearing argument from the parties, for the reasons stated at the June 1, 2011, hearing on this motion, the Court orders that Plaintiff shall recover the sum of $1,882.50 in reasonable attorneys' fees and $415.00 in costs, totaling $2,297.50.

IT IS SO ORDERED.

Dated: July 6, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1