UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD WALL,<br><br>           Plaintiff,<br><br>     v.<br><br>NATIONAL RECOVERY,<br><br>           Defendant. | CASE NO: 2:10-cv-00951-JAM-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  7/22/2011

/s/ John A. Mendez_____
Hon. John A. Mendez

United States District Court Judge